**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CROW CREEK SIOUX TRIBE,<br>*Plaintiff,*<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant.* | Case No. 1:16-cv-0760-RHH<br>Hon. Robert H. Hodges, Jr.<br>(E-filed February 14, 2017) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME ON AN EXPEDITED BASIS**

Plaintiff Crow Creek Sioux Tribe responds to Defendant's Motion for an Extension of Time on an Expedited Basis as follows:

1. As to Defendant's pending Motion to Dismiss, Plaintiff agreed to a sixty-day extension last fall in response to Defendant's request for same.

2. On February 1, 2017, Defendant emailed a request for a month-long extension for its Reply. Defendant's stated basis was a week-long deposition schedule in mid-February. As this Court noted in yesterday's Order, press of other business is not normally considered a valid reason for extensions of time. Plaintiff declined to voluntarily agree to Defendant's request for an extension to March 17, 2017.

3. As a notable aside, Defendant did not identify the specific press of other business (*Bell*, *Cyclone Ranch*) prior to filing its February 6, 2017, Motion for Extension (Doc. # 13).

4. Plaintiff is not prejudiced by an extension to March 3, 2017, and therefore states that it is unopposed to such an extension.

Dated: February 14, 2017

Respectfully submitted,

**NIX, PATTERSON & ROACH, LLP**

*/s/ Austin Tighe*
Austin Tighe
atighe@nixlaw.com
Michael Angelovich
mangelovich@nixlaw.com
3600 Capital of Texas Highway
Suite B350
Austin, Texas 78746
Telephone No. (512) 328-5333
Facsimile No. (512) 328-5335

***Attorneys for Plaintiff Crow Creek Sioux Tribe***

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2017, a copy of the above and foregoing document, Plaintiff's Response to Defendant's Motion for an Extension of Time on an Expedited Basis, was served via the Court's ECF filing notice.

*/s/ Austin Tighe*
Austin Tighe